IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DENEICE SHERDELL COLLIN MABRY**                                                **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 1:14CV99-SA-SAA**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY**                                    **DEFENDANT**

**FINAL JUDGMENT**

On December 9, 2014, Magistrate Judge S. Allan Alexander entered an Order (Docket # 10) requiring plaintiff to show cause why this case should not be dismissed for failure to comply with the court's October 2, 2014 Order instructing plaintiff effect service of process by October 27, 2014. Docket 6. The time for plaintiff to respond to the December 9, 2014 show cause order has expired and plaintiff has failed to respond to the Order and failed to accomplish service of process upon the defendant. In accordance with the court's December 9, 2014 Order, the plaintiff's claims are hereby dismissed with prejudice, the case closed and removed from the court's docket.

SO ORDERED.

THIS, the 29th day of December, 2014.

                                                              /s/ Sharion Aycock
                                                              CHIEF JUDGE
                                                              UNITED STATES DISTRICT COURT
                                                              NORTHERN DISTRICT OF MS